UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|             Plaintiff, | |
|       v. | CIV. S-12-2501 LKK/GGH |
| APPROXIMATELY $18,000.00 SEIZED FROM CHASE BANK ACCOUNT NUMBER 3121639956, HELD IN THE NAME OF MARIANO VALLEJO, et al., | |
|             Defendants. | |
| UNITED STATES OF AMERICA, | |
|             Plaintiff, | |
|       v. | CIV. S-12-1082 LKK/GGH |
| REAL PROPERTY LOCATED AT 9688 POPLAR COURT, LIVE OAK, CALIFORNIA, SUTTER COUNTY, APN: 06-670-016, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
|             Defendant. | |

////

```
 1  UNITED STATES OF AMERICA,
 2              Plaintiff,
 3       v.                                CR. S-12-0156 LKK
 4  MARIANO MONTENEGRO VALLEJO,            RELATED CASE ORDER
 5              Defendant.
 6  _____/
```

The court has received the Notice of Related Cases filed October 9, 2012.  Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 2012).  The civil forfeiture actions and the criminal action arise from the same law enforcement investigation and thus involve substantially the same events, transactions, and parties.

Because the cases are already assigned to the same district judge and magistrate judge, this order is issued for informational purposes only and shall have no effect on the status of the cases.

IT IS SO ORDERED.

DATED:  October 9, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT