1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States



FILED

OCT 9 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>APPROXIMATELY $18,000.00 SEIZED FROM CHASE BANK ACCOUNT NUMBER 3121639956, HELD IN THE NAME OF MARIANO VALLEJO, and<br><br>APPROXIMATELY $5,000.00 IN U.S. CURRENCY,<br><br>   Defendants. | 2:12-CV-02501-LKK-GGH<br><br>ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM* |

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on October 5, 2012, in the United States District Court for the Eastern District of California, alleging that the defendant Approximately $18,000.00 seized from Chase Bank account number 3121639956, held in the name of Mariano Vallejo, and Approximately $5,000.00 in U.S. Currency (hereafter "defendant funds") are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. §§ 841 *et seq.* In addition, the defendant $18,000.00 is subject to forfeiture to the United States pursuant to 18 U.S.C. § 984 and 31 U.S.C. § 5317(c)(2) for one or more violations of 31 U.S.C. § 5324(a)(3);

1  And, the Court being satisfied that, based on the Verified Complaint for Forfeiture
2  *In Rem* and the affidavit of Drug Enforcement Administration Special Agent Cindy
3  Yamasaki, there is probable cause to believe that the defendant funds so described
4  constitute property that are subject to forfeiture for such violation(s), and that grounds
5  for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule
6  G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset
7  Forfeiture Actions;

8  IT IS HEREBY ORDERED that the Clerk for the United States District Court,
9  Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the
10  defendant funds.

11  Dated: 10-9-2012

EDMUND F. BRENNAN
United States Magistrate Judge

2

Order Re Clerk's Issuance of Warrant for Arrest