BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CV-02501-LKK-GGH |
| Plaintiff, | APPLICATION AND ORDER FOR PUBLICATION |
| v. | |
| APPROXIMATELY $18,000.00 SEIZED FROM CHASE BANK ACCOUNT NUMBER 3121639956, HELD IN THE NAME OF MARIANO VALLEJO, and | |
| APPROXIMATELY $5,000.00 IN U.S. CURRENCY, | |
| Defendants. | |

The United States of America applies for an order of publication as follows:

1.      Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims
and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the
United States shall cause public notice of the action to be given in a newspaper of
general circulation or on the official internet government forfeiture site;

2.      Local Rule 171, Eastern District of California, provides that the Court
shall designate by order the appropriate newspaper or other vehicle for publication;

3.       The defendant Approximately $18,000.00 seized from Chase Bank

1

account number 3121639956, held in the name of Mariano Vallejo was seized in the

city of Sacramento, in Sacramento County, California, and the Approximately

$5,000.00 in U.S. Currency was seized in the city of Live Oak, in Sutter County,

California.  The Drug Enforcement Administration published notice of the non-judicial

forfeiture of the defendant Approximately $18,000.00 seized from Chase Bank[1] on May

29, June 5 and 12, 2012, in The Wall Street Journal.  The Drug Enforcement

Administration published notice of the non-judicial forfeiture of the defendant

Approximately $5,000.00 in U.S. Currency on May 21, 28, and June 4, 2012, in *The*

*Wall Street Journal*;

        4.      The United States proposes that publication be made as follows:

        a.      One publication;

        b.      Thirty (30) consecutive days;

        c.      On the official internet government forfeiture site

www.forfeiture.gov;

        d.      The publication is to include the following:

        (1)      The Court and case number of the action;

        (2)      The date of the seizure/posting;

        (3)      The identity and/or description of the property seized/posted;

        (4)      The name and address of the attorney for the United States;

        (5)      A statement that claims of persons entitled to possession or

claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court

and served on the attorney for the United States no later than 60 days after the first

day of publication on the official internet government forfeiture site; and

        (6)      A statement that answers to the Complaint or a motion

under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed

///

---

[1] A total of $34,000.00 was seized from the bank account based on a federal seizure warrant, but only $18,000.00 was claimed in the administrative forfeiture proceeding.

Application and Order for Publication

1 and served within 21 days after the filing of the claims and, in the absence thereof,

2 default may be entered and condemnation ordered.

3 Dated: __10/4/12__                              BENJAMIN B. WAGNER
4                                                 United States Attorney

5
                                                By: /s/ Kevin C. Khasigian
6                                                   KEVIN C. KHASIGIAN
                                                    Assistant U.S. Attorney
7

8

9                                          **ORDER**

10

11        IT IS SO ORDERED.

12 Dated: October 15, 2012                  /s/ Gregory G. Hollows
13                                          _____
                                            UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          3
                                                Application and Order for Publication