DANIEL J. BRODERICK, #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Assistant Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Claimant
MARIANO VALLEJO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $18,000 SEIZED FROM CHASE BANK ACCOUNT NO. 3121639956, ET AL.,<br><br>        Defendant.<br>_____ | CV. S. No. 12-02501-LKK<br><br>REQUEST FOR ORDER APPOINTING COUNSEL FOR CLAIMANT MARIANO VALLEJO; ORDER<br><br>Judge: Hon. Lawrence K. Karlton |

    1. On April 11, 2012, the Magistrate Judge appointed the Office of the Federal Defender to represent Mariano Vallejo in <u>United States v. Vallejo</u>, Cr. S. 12-0156-LKK, to which the above case has been ordered related. Mr. Vallejo signed a financial affidavit demonstrating that he was indigent and therefore financially unable to obtain representation by retained counsel.

    2. On October 5, 2012 the United States filed a verified complaint for forfeiture in rem against the above U.S. currency in Mr. Vallejo's

1 CHASE Bank account.  Mr. Vallejo may have a claim to this currency.

2     3.  Section 983(b)(1)(A) of Title 18, United States Code, provides:

> If a person with standing to contest the forfeiture of property in a civil judicial forfeiture proceeding under a civil forfeiture statute is financially unable to obtain representation by counsel, and the person is represented by counsel appointed under section 3006A of this title in connection with a related criminal case, the court may authorize counsel to represent that person with respect to the claim.

4. Pursuant to 18 U.S.C. § 983(b)(1)(A), counsel requests to be appointed to represent Mr. Vallejo in this matter.

                                                  Respectfully submitted,

                                                  DANIEL J. BRODERICK
                                                  Federal Defender

Dated:  October 17, 2012        /s/  Courtney Fein
                                                  COURTNEY FEIN
                                                  Assistant Federal Defender
                                                  RACHELLE BARBOUR
                                                  Research and Writing Attorney
                                                  Attorneys for MARIANO VALLEJO

**O R D E R**

Pursuant to 18 U.S.C. § 983(b)(1)(A), the Office of the Federal Defender is hereby appointed to represent Mariano Vallejo in the above case.

IT IS SO ORDERED.

Dated:  October 17, 2012

                                                  /s/ Lawrence K. Karlton
                                                  LAWRENCE K. KARLTON
                                                  SENIOR JUDGE
                                                  UNITED STATES DISTRICT COURT